# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-933
LT Case No. 2021-CA-000021-A
_____

ST. PAUL'S POLISH NATIONAL
CATHOLIC CHURCH,

     Petitioner,

     v.

ERIC A. HILT, as agent for SUSAN
HILT, and MARK J. NIZNIK,

     Respondents.

_____


Petition for Certiorari Review of Order from
the Circuit Court for Marion County.
Steven G. Rogers, Judge.

Kimberly Kanoff Berman, of Marshall Dennehey Warner
Coleman & Goggin, Fort Lauderdale, and Chanel A. Mosley, of
Marshall Dennehey Warner Coleman & Goggin, Orlando, for
Petitioner.

Patrick G. Gilligan, and Sydney M. Simmons, of Gilligan,
Anderson, Phelan & Williams, P.A., Ocala, for Eric A. Hilt, as
agent for Susan Hilt.

No Appearance for Remaining Respondents.

March 1, 2024

HARRIS, J.

Petitioner, St. Paul's Polish National Catholic Church ("St. Paul's"), has petitioned this Court for a writ of certiorari seeking to quash the trial court's amended discovery order which compels it to identify church members and produce records of membership lists. We agree with St. Paul's that the trial court's amended order is deficient because the court failed to make a judicial determination concerning St. Paul's incorporation status, which was a disputed issue below that goes directly to the heart of one of the stated bases for compelling disclosure. In addition, we further find that the amended order is inadequate because the trial court failed to address and make specific findings concerning St. Paul's asserted claim of associational privilege provided by the First Amendment. Resolution of these issues by the trial court is essential for meaningful appellate review. *See Nemours Found. v. Arroyo*, 262 So. 3d 208, 211 (Fla. 5th DCA 2018); *State Farm Mut. Auto. Ins. Co. v. Knapp*, 234 So. 3d 843, 848 (Fla. 5th DCA 2018); *Dismas Charities, Inc. v. Dabbs*, 795 So. 2d 1038 (Fla. 4th DCA 2001).

Accordingly, we grant St. Paul's amended petition for certiorari, quash the trial court's amended discovery order without prejudice, and remand the matter to the trial court for further consideration.

PETITION GRANTED; ORDER QUASHED; REMANDED for further proceedings.

WALLIS and SOUD, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

2